THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 John Briggs, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
 J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No.  2010-UP-130
 Submitted January 4, 2010  Filed February
17, 2010  

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Office of the Attorney General, all of Columbia; Solicitor Harold
 W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  John Briggs appeals his guilty plea to
 two counts of assault and battery of a high and aggravated nature.  After a
 thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss Briggs' appeal and grant counsel's motion to
 be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.